426

BEFORE THE FIRST DIVISION, DECEMBER 11, 1940

**No. 44916.**—Protest 784461–G of S. S. Pierce Co. (Boston).

Opinion by WALKER, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 11, 1940

**No. 44917.**—Protest 40314–K of B. Altman & Co. (New York).

Opinion by DALLINGER, J.   It was stipulated that the vases and incense burners in question are the same as those the subject of Abstract 42845.   The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 44918.**—Protests 955649–G, etc., of Wm. Shaland (New York).

Opinion by DALLINGER, J.   Pencil sharpeners, savings banks, banks, and tea balls were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339 as claimed.

**No. 44919.**—Protest 25709–K of C. J. Tower & Sons (Buffalo).

Opinion by DALLINGER, J.   Following Abstract 15400 the court dismissed the protest.

BEFORE THE THIRD DIVISION, DECEMBER 11, 1940

**No. 44920.**—Protests 815526–G, etc., of Carstens Packing Co. (Seattle).

Opinion by EVANS, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44921.**—Protest 966269–G of F. B. Vandegrift & Co. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44922.**—Protest 32777–K of Frank Tea & Spice Co. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A.— C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.